IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES L. ORRINGTON, II, DDS, PC, on behalf of itself and a class, | ) ) ) | |
| Plaintiff, | ) ) | 12 CV 8748 |
| v. | ) ) ) | Honorable Judge Shadur |
| DC DENTAL SUPPLIES, LLC, and JOHN DOES 1-10, | ) ) ) | Magistrate Judge Cole |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff hereby informs the Court that the parties have reached a settlement in principle, but require additional time to memorialize the settlement in writing. Plaintiff expects to complete the settlement and file a Notice of Dismissal within 45 days.

Respectfully Submitted,

s/ Dulijaza Clark
Dulijaza Clark

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Dulijaza Clark
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

      I, Dulijaza Clark, hereby certify that on November 30, 2012, I caused to be served a true and accurate copy of the foregoing document via Electronic Mail upon the following party:

      Y. Jeffrey Spatz
      jspatz@gfrlaw.com


                                            s/ Dulijaza Clark
                                            Dulijaza Clark

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)